UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Jason L. Girven                              Case No. 15-57419-mlo
       Nicole L. Girven                             Chapter 13
           Debtors.                                  Hon: Maria Oxholm
_____/

## PROPOSED POST-CONFIRMATION PLAN MODIFICATION

       Debtors, Jason and Nicole Girven, have filed papers with the Court to modify their confirmed Chapter 13 Plan.

       An Order Confirming Plan was entered on May 27, 2016 and Debtors propose to modify the confirmed Plan pursuant to LBR3015-2(b) as follows:

1. Debtors seek to excuse the existing delinquency on the Trustee's records and excuse plan payments through the end of December, 2019.

2. Debtors' Plan will still yield a 100% dividend to unsecured creditors.

3. The impact on each class of creditors of this Plan Modification is as follows:

     a.     Class 2 and Class 4 creditors will have no impact.

     b.     Class 3 creditors will have no impact.

     c.     Class 5 creditors will have no impact.

     d.     Class 6 creditors will have no impact.

     e.     Class 7 creditors will have no impact.

     f.     Class 8 creditors will have no impact.

     g.     Class 9 creditors will have no impact.

       In all other respects, the Order Confirming Plan referred to above shall remain in full force and effect.

       The reason for the filing of said proposed Post-Confirmation Plan Modification are as follows:

       Debtor husband is under medical treatment since July 2019 and is receiving short term disability benefits.

       That attached hereto include a proposed order marked as Exhibit A, a liquidation analysis marked as Exhibit B, and a plan calculation marked as Exhibit C.

Dated: November 14, 2019             /s/ Robert W. Bishop_____
                                               ROBERT W. BISHOP (P66345)
                                               Attorney for Debtor
                                               24405 Gratiot
                                               Eastpointe, MI 48021
                                               586/775-0660
                                               bermanbishop@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Jason L. Girven  Case No. 15-57419-mlo
Nicole L. Girven  Chapter 13
Debtors.  Hon: Maria Oxholm
_____/

ORDER MODIFYING PLAN POST-CONFIRMATION

Upon the reading and filing of Attorney for Debtor(s), BERMAN & BISHOP, PLLC by Robert Bishop, NOTICE OF PROPOSED POST-CONFIRMATION PLAN MODIFICATION which was presented to this Court pursuant to L.B.R. 9014-1, and no objections having been filed to the said Petition and a Certificate of No Response having been filed with this Court;

**IT IS HEREBY ORDERED** that:
a. The existing delinquency on the Trustee's records is excused.
b. Plan payments through the end of December 31, 2019 are excused.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Jason L. Girven             Case No. 15-57419-mlo
       Nicole L. Girven             Chapter 13
             Debtor.                 Hon: Maria Oxholm
_____/

<u>Notice of Deadline to Object to Proposed Chapter 13 Plan Modification</u>

    The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

    If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

    If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

    Objections to the attached proposed chapter 13 plan modification shall be served on the following:
             You must also mail a copy to:

    ROBERT W. BISHOP (P66345)      TAMMY L. TERRY(P46254)
    Attorney for Debtor                  Standing Chapter 13 Trustee
    24405 Gratiot Ave.                   535 Griswold, Suite 2100
    Eastpointe, MI 48021               Detroit, MI 48226
    (586)775-0600                       (313)962-5035
    bermanbishop@gmail.com

Dated: November 14, 2019          <u>/s/ Robert W. Bishop</u>
                                      ROBERT W. BISHOP (P66345)
                                      Attorney for Debtor
                                      24405 Gratiot Ave.
                                      Eastpointe, MI 48021
                                      586/775-0660
                                      <u>bermanbishop@gmail.com</u>

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Jason L. Girven                 Case No. 15-57419-mlo
      Nicole L. Girven                Chapter 13
           Debtor.                   Hon: Maria Oxholm
_____/

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn, deposes and states that on November 14, 2019 a copy of the following was served (electronically and/or by United States Mail, postage prepaid):

DOCUMENT(S):          NOTICE OF DEADLINE TO OBJECT AND NOTICE OF PROPOSED POST-CONFIRMATION PLAN MODIFICATION, PROPOSED ORDER

ADDRESSEE(S):          TAMMY L. TERRY, CHAPTER 13 TRUSTEE
535 Griswold, Suite 2100
Detroit, MI 48226

ALL CREDITORS LISTED ON ATTACHED MATRIX

I DECLARE THE ABOVE STATEMENTS ARE TRUE AND ACCURATE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF AND THAT THE ATTACHED MATRIX IS A MATRIX THAT WAS OBTAINED FROM PACER.

Dated: November 14, 2019

                                                     /s/ Terrah Salamone
                                                     Terrah Salamone
                                                     24405 Gratiot Ave.
                                                     Eastpointe, MI  48021
                                                     586/775-0660
                                                     bermanbishop@gmail.com